UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TODD HILKER, :

    Plaintiff, : Case No. 3:09cv00186

vs. : District Judge Timothy S. Black
    Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE, Commissioner of :
Social Security,
     :
    Defendant.

## DECISION AND ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on December 3, 2010 (Doc. #25) is ADOPTED in full;

2. Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #22) is GRANTED;

3. Plaintiff is granted an award of attorney fees under the EAJA in the amount of $5,230.88;

4. The Commissioner is directed to pay the EAJA award directly to Plaintiff's counsel of record; and

5. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 1/6/11

Timothy S. Black
United States District Judge