UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TODD HILKER, | : | Case No. 3:09-cv-186 |
| | : | |
| Plaintiff, | : | District Judge Timothy S. Black |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| MICHAEL J. ASTRUE, Commissioner of | : | |
| the Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY GRANTING MOTION
FOR ALLOWANCE OF ATTORNEY FEES (DOC. 27)**

This case is before the Court upon the Motion For Allowance Of Attorney Fees filed by Plaintiff's attorney (Doc. #27), which the Commissioner does not oppose (Doc. #28). The Motion seeks an award of attorney fees under 42 U.S.C. §406(b) in the total amount of $16,628.00. In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b)(1) in the amount the Motion seeks.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion For Allowance Of Attorney Fees (Doc. #27) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $16,628.00; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/7/11

Timothy S. Black
United States District Judge